THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NONNIE MARCELLA LOTUSFLOWER,<br><br>    Plaintiff,<br><br>  v.<br><br>CHARLOTTE HEADLEY, *et al.*,<br><br>    Defendants. | CASE NO. C23-5558-JCC<br><br>ORDER |

The Court, having reviewed the Report and Recommendation ("R&R") of the Honorable S. Kate Vaughan, U.S. Magistrate Judge, and finding no timely objection, hereby ORDERS as follows:

1. The Court ADOPTS the R&R (Dkt. No. 14);
2. Plaintiff's due process, equal protection, and conspiracy claims are DISMISSED without prejudice, under 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B);
3. Plaintiff's deliberate indifference claims against Defendants McColl, Boschulte, Simmons, and Cotton are DISMISSED without prejudice;
4. Plaintiff will be permitted to proceed only with respect to the deliberate indifference claims against Defendants Headley, Chanler, Swain, and Mathews in counts one and three of her amended complaint (Dkt. No. 12);
5. Judge Vaughan shall issue a service order directing service of Plaintiff's amended

complaint on Charlotte Headley, former Assistant Superintendents Chanler and Swain; and former Corrections Officer Mathews;

6. The Clerk is DIRECTED to send a copy of this order to Plaintiff and to the Honorable S. Kate Vaughan.

DATED this 2nd day of February 2024.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE