UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NONNIE MARCELLA LOTUSFLOWER,<br><br>        Plaintiff,<br><br>   v.<br><br>CHARLOTTE HEADLEY, *et al.*,<br><br>        Defendants. | Case No. C23-5558-JCC-SKV<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' SUMMARY JUDGMENT MOTION |

This is a civil rights action filed under 42 U.S.C. § 1983.  On June 18, 2024, Defendants filed a motion for summary judgment, and that motion is currently noted on the Court's calendar for consideration on July 19, 2024.  *See* Dkt. 24.  On July 24, 2024, Plaintiff filed a motion seeking a sixty-day extension of time to file a response to Defendants' motion, explaining that she has not been receiving documents from the Court in a timely fashion and she requires additional time to collect evidence necessary to oppose Defendants' motion.  *See* Dkt. 27.  Defendants have filed a response to Plaintiff's motion in which they indicate they do not oppose the requested extension.  Dkt. 29.

ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANTS' SUMMARY JUDGMENT MOTION - 1

As the Court is satisfied that Plaintiff has shown good cause for the requested extension, and as Defendants do not oppose Plaintiff's request, the Court deems it appropriate to grant Plaintiff additional time to file a response to Defendants' motion for summary judgment.

Accordingly, the Court hereby ORDERS as follows:

(1) Plaintiff's motion for an extension of time to file a response to Defendants' motion for summary judgment (Dkt. 27) is GRANTED. Plaintiff is directed to file her response not later than **September 10, 2024**.

(2) Defendants' motion for summary judgment (Dkt. 24) is RE-NOTED for consideration on **September 17, 2024**. Defendants must file any reply brief in support of their motion by that date.

(3) The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Honorable John C. Coughenour.

DATED this 19th day of July, 2024.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANTS' SUMMARY JUDGMENT MOTION - 2