1

2

3

4

5

6                            UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
7                                      AT TACOMA

8    NONNIE MARCELLA LOTUSFLOWER,

9                          Plaintiff,              Case No. C23-5558-JCC-SKV

10            v.

11   CHARLOTTE HEADLEY, *et al.*,                  ORDER GRANTING DEFENDANTS'
                                                   MOTION TO STAY DISPOSITIVE
12                         Defendants.             MOTION FILING DEADLINE

13

14          This is a civil rights action filed under 42 U.S.C. § 1983.  Plaintiff Nonnie Lotusflower is

15   confined at the Washington Corrections Center for Women ("WCCW").  The operative

16   complaint in this action is Plaintiff's amended complaint, filed in August 2023.  Dkt. 12.  A

17   majority of the claims asserted in that pleading, as well as fifteen of the nineteen Defendants

18   named therein, have been dismissed.  *See* Dkt. 15.  This action is now proceeding only with

19   respect to the deliberate indifference claims alleged by Plaintiff in counts one and three of her

20   amended complaint against WCCW Superintendent Charlotte Headley, former Assistant

21   Superintendents Chanler and Swain, and former Corrections Officer Mathews.  *See id.*

22

23

ORDER GRANTING DEFENDANTS'
MOTION TO STAY DISPOSITIVE
MOTION FILING DEADLINE - 1

On May 15, 2024, this Court issued a Pretrial Scheduling Order that established deadlines of August 13, 2024, for the completion of discovery, and September 13, 2024, for the filing of dispositive motions.  Dkt. 23.  On June 18, 2024, Defendants filed a motion for summary judgment seeking dismissal of all claims asserted against Defendant Headley, arguing that Plaintiff failed to fully exhaust her administrative remedies with respect to those claims.  Dkt. 24. That motion was originally noted for consideration on July 19, 2024, but the Court subsequently granted Plaintiff's request for an extension of time to file a response to that motion and extended the noting date to September 17, 2024.  *See* Dkts. 27, 30.

Defendants now move to stay the dispositive motion filing deadline established in the Court's Pretrial Scheduling Order pending a ruling on the exhaustion issue presented in their currently pending summary judgment motion, explaining that they also intend to file a motion for summary judgment on the merits.  Dkt. 31.  Plaintiff has not opposed Defendants' motion to stay and the Court deems the stay appropriate in the circumstances of this case.

Accordingly, the Court hereby ORDERS as follows:

(1)     Defendants' motion to stay the dispositive motion filing deadline (Dkt. 31) is GRANTED.  The Court will establish a new dispositive motion filing deadline once the exhaustion issue has been fully resolved.

(2)     The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Honorable John C. Coughenour.

DATED this 10th day of September, 2024.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING DEFENDANTS'
MOTION TO STAY DISPOSITIVE
MOTION FILING DEADLINE - 2