THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NONNIE MARCELLA LOTUSFLOWER,<br><br>Plaintiff,<br><br>v.<br><br>CHARLOTTE HEADLEY, *et al.*,<br><br>Defendants. | CASE NO. C23-5558-JCC-SKV<br><br>ORDER |

The Court, having reviewed the Report and Recommendation ("R&R") of the Honorable S. Kate Vaughan, United States Magistrate Judge, the remaining record, and there being no timely objection, does hereby find and ORDER:

(1) The Court adopts the R&R (Dkt. No. 58).

(2) Plaintiff's motion for a preliminary injunction and temporary restraining order (Dkt. No. 36) and her motion to amend her temporary restraining order (Dkt. No. 45) are DENIED.

(3) The Clerk is DIRECTED to send copies of this Order to Plaintiff, counsel for Defendants, and the Hon. S. Kate Vaughan.

//

//

DATED this 2nd day of January 2025.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE